IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 26, 2007**

No. 07-10162
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LISA TAGUILAS, also known as Lisa Teguilas

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:05-CR-195-6

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Lisa Taguilas appeals her 120-month sentence following a guilty-plea conviction for maintaining a drug-involved premises, in violation of 21 U.S.C. § 856. She asserts that the district court erred in denying her request for a two-level reduction as a minor participant. Taguilas cannot establish that she is entitled to the reduction because, based on the facts in the presentence report, her conduct was not "substantially less culpable" than the average participant. See United States v. Lopez-Urbina, 434 F.3d 750, 767 (5th Cir. 2005); United

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

States v. Villanueva, 408 F.3d 193, 203-04 & n.9 (5th Cir. 2005).  Consequently, the judgment of the district court is AFFIRMED.